UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 06 B 15891
   LISA M SUTTLAR
   ERROL SUTTLAR                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK
           Debtor
   SSN XXX-XX-9089      SSN XXX-XX-7712
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 12/04/06 and confirmed on 03/07/07.

2. The case was dismissed after confirmation, 09/07/2007.

3. The Debtor paid a total of $ 2700.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOANS | MORTGAGE ARRE | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOANS | SECURED | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOANS | MORTGAGE ARRE | .00 | .00 | .00 |
| DAIMLER CHRYSLER FINANCI | SECURED VEHIC | 1209.78 | 215.10 | 1209.78 |
| MITSUBISHI MOTOR CRED OF | SECURED VEHIC | 11125.00 | 165.14 | 996.58 |
| ECMC | UNSECURED | 14308.73 | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 22192.54 | .00 | .00 |
| B REAL LLC | UNSECURED | 15812.55 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 579.22 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 24398.61 | .00 | .00 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF JOLIET | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 13646.22 | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| KOHLS | UNSECURED | 1002.54 | .00 | .00 |
| MRSI | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NICOR GAS | UNSECURED | 787.72 | .00 | .00 |
| HOUSEHOLD BANK | UNSECURED | 2301.21 | .00 | .00 |
| PELLETTIERI & ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 16909.56 | .00 | .00 |
| TARGET NATIONAL BANK | UNSECURED | 5351.68 | .00 | .00 |
| UNITED CONSUMER FINANCIA | UNSECURED | 1024.97 | .00 | .00 |
| US CELLULAR | UNSECURED | NOT FILED | .00 | .00 |

```
ECAST SETTLEMENT CORPORA  UNSECURED       3007.56              .00            .00
NORWEST FINANCIAL         UNSECURED     NOT FILED              .00            .00
DAIMLER CHRYSLER FINANCI  UNSECURED       6163.76              .00            .00
MITSUBISHI MOTOR CRED OF  UNSECURED       1180.75              .00            .00
CAPITAL ONE BANK          UNSECURED        962.02              .00            .00
CAPITAL ONE BANK          UNSECURED       1077.54              .00            .00
KOHLS                     UNSECURED        626.42              .00            .00
BECKET & LEE LLP          UNSECURED       8484.74              .00            .00
WELLS FARGO FINANCIAL IN  UNSECURED       1182.24              .00            .00
WELLS FARGO FINANCIAL IN  UNSECURED       1234.28              .00            .00
       Summary of disbursements:
---------------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED       OTHER         TOTAL
---------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  12334.78         .00    142234.86         .00     154569.64
PRINCIPAL PAID       2206.36         .00          .00         .00       2206.36
INTEREST PAID         380.24         .00          .00         .00        380.24
TOTAL PAID           2586.60         .00          .00         .00       2586.60
```

The Debtor's attorney, RONALD D CUMMINGS          , was allowed $   3000.00
and was paid $    500.00   direct and $     .00   through the plan.

The Trustee received $    113.40 .

Refunds to the Debtor totaled $      .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 12/18/07                /S/
                               GLENN STEARNS
                               CHAPTER 13 TRUSTEE



                          PAGE   2
       CASE NO. 06 B 15891 LISA M SUTTLAR & ERROL SUTTLAR